**94–2044.** Robinson v. Tracy. Board of Tax Appeals, Nos. 93–M–438, 93–M–453, 93–M–454, 93–M–455, 93–M–456 and 93–M–457. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective December 5, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Friday, December 9, 1994*

## MOTION DOCKET

**94–1536.** State v. Graewe. *Guernsey County*, No. 87–CA–17. *Sua sponte*, cause remanded to the court of appeals pursuant to App.R. 26(B).

DOUGLAS and PFEIFER, JJ., dissent and would affirm the court of appeals.

**94–1800.** Fife v. Cent. Ins. Cos. *Paulding County*, No. 11–94–1. On motion to file statement of additional authorities. Motion granted.

**94–2061.** State ex rel. Deters v. Wilkinson. In Mandamus. On motion for leave to intervene of Woods. Motion granted and ten days leave granted.

**94–2117.** Best v. Energized Substation Serv. *Lorain County*, No. 93CA005737. On application for stay of execution. Application granted.

MOYER, C.J., WRIGHT and RESNICK, JJ., dissent.

## DISCIPLINARY DOCKET

**94–2368.** Disciplinary Counsel v. Marshall. On motion for order to show cause. Motion granted.

PFEIFER, J., dissents.

## MISCELLANEOUS DISMISSALS

**93–2501.** Cincinnati v. Pub. Util. Comm. Public Utilities Commission, No. 92–1464–EL–AIR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and the same is hereby, granted, effective December 7, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Tuesday, December 13, 1994*

## MOTION DOCKET

**94–2420.** DLZ Corp. v. Fisher. In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration of the motion of respondent, James Conrad, to quash subpoena or alternatively to stay discovery of James Conrad, and the motion of respondent, Attorney General Lee Fisher, to stay discovery pending a decision on motion to dismiss,

IT IS ORDERED by the court that the motions to stay discovery be, and are hereby, granted, effective December 12, 1994.

F.E. SWEENEY and PFEIFER, JJ., dissent.